CK. 05-30084-MAP

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hampden County Jail
   629 Randall Rd.
   Ludlow, MA 01056

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X Blake Gelonese — ☐ Agent / ☐ Addressee

B. Received by (Printed Name): Blake Gelonese

C. Date of Delivery: 4/4/05

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number: 7003 2260 0006 8591 9154

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540