<u>UNITED STATES</u>
District Court, District
of Massachusetts (Springfield)

Michael P. Halle          CA 05-30084-MAP
   Vs.
Hampden County Jail

Motion for Temporary
Restraining Order

I Michael P. Halle, hereby move this honorable court, To issue a Temporary restraining order enjoining the Commonwealth of Massachusetts from relinquishing custody of me, to the State of Florida, Until after the petition for Writ of Habeas Corpus, filed on April, 7, 2005, Docket #CA 05-30084MAP can be heard and a decision be made.

Respectfully
Submitted,
Michael P. Halle Pro Se
629 Randall Road
Ludlow, Ma. 01056

*Michael P. Halle*

Statement of the Facts

1.) I Michael P. Halle filed for final disposition of all untried indictments, informations, and complaints, Pursuant to the Interstate Agreement on Detainers. June 22, 2004. (Please see filed documents CA 05-30084-MAP)

2.) I Michael P. Halle was transported to the state of Florida, and then returned to the original place of incarceration (Hampden County Jail, 629 Randall Rd. Ludlow, Ma. 01056) Prior to trial being had, on the detainers lodged against me. furthermore the State of Florida failed to bring me to trial within the 180 days, After I showed cause to be delivered to the State of Florida, for final disposition.

3.) I refused to waive my extradition rights, for I was already sent to Florida, and filed a Petition for Writ of Habeas Corpus in the United States District Court. (April 7, 2005)

4.) The State of Florida was granted a Governors Warrant April 15, 2005 and I was served with said warrant on April 21, 2005. (Attatched)

Wherefore I Michael P. Halle respectfully move this honorable court for an order granting the relief sought herein.

Respectfully Submitted,
Michael P. Halle Pro Se

*Michael P. Halle*

Certificate of Service

I Michael P. Halle, hereby certify that on April 22, 2005, I served a copy of the attached motion for a Temporary Restraining Order, by mailing a copy, postage pre-paid U.S. mail. to the following.

William M. Bennett, Esq.
Hampden County District Atty.
50 State Street - P.O. Box 559
Springfield, Ma. 01103-0559

Michael J. Ashe Jr.
Hampden County Sheriff
627 Randall Rd.
Ludlow, Ma. 01056-1089

Palmer District Court
235 Sykes Street Suite 2
Palmer, Ma 01069

Cathryn A. Neaves
Assistant Attorney General
One Ashburton Place
Boston Ma. 02108

Certificate of Service
(Continued)

Michael P. Halle
629 Randall Rd.
Ludlow, Ma. 01056

Michael P. Halle Pro Se

*Michael P. Halle*
4/22/05

# THE COMMONWEALTH OF MASSACHUSETTS

## EXECUTIVE DEPARTMENT

To any Officer authorized to serve warrants in criminal cases within this Commonwealth:

WHEREAS, It has been represented to me by the Governor of the State of **Florida**

That **MICHAEL PATRICK HALLE** alias' **MICHAEL SCHAENEMAN, MICHAEL SCHNENEMAN, THOMAS MIROLLI, MICHAEL BROWN, CHRISTOPHER M. SCHAENEMAN, et. al.** stands charged with the crime(s) of **RACKETEERING, CONSPIRACY TO COMMIT RACKETEERING, ORGANIZED FRAUD AND UTTERING A FORGED INSTRUMENT (20 CTS)** which that Governor certifies to be crime(s) under the laws of that State, and that he is a fugitive from the justice of said State and has taken refuge in this Commonwealth, and that Governor having, pursuant to the Constitution and Laws of the United States, demanded of me that I shall cause the said fugitive to be arrested and delivered to **Deputy Patricia Sauls or designee**, the agent of the Governor of the State requesting the return, who is duly authorized to receive the said person into custody and convey said person back to that State:

AND WHEREAS, the said representation and demand are accompanied by certain documents whereby the said fugitive is shown to have been duly charged with the said crime, to have been present in the State at the time of the commission of the alleged crime, to be a fugitive from justice, and to have taken refuge in this Commonwealth, all of which documents are duly certified by that Governor to be authentic and duly authenticated:

WHEREFORE, you are required to arrest and secure the said fugitive wherever found within this Commonwealth, and afford such opportunity to sue out a writ of HABEAS CORPUS as is prescribed by the laws of this Commonwealth, and to thereafter deliver this person into the custody of the agent of that requesting State for the purpose of being taken back there pursuant to the said requisition; all of which shall be without charge to this Commonwealth; and also to return this warrant and make return to the Secretary of the Commonwealth of all your proceedings had thereunder and of all facts and circumstances relating thereto:

AND all officers authorized to serve warrants in criminal cases within this Commonwealth are hereby required to afford all needful assistance in the execution hereof.

IN WITNESS WHEREOF, I have hereunto signed my name and caused the GREAT SEAL of the Commonwealth to be affixed, this 15th day of April, 2005

_____
GOVERNOR OF MASSACHUSETTS

_____
SECRETARY OF THE COMMONWEALTH

# THE COMMONWEALTH OF MASSACHUSETTS

## EXECUTIVE DEPARTMENT

As GOVERNOR OF THE COMMONWEALTH OF MASSACHUSETTS, I do hereby certify that I have this 15th day of April, 2005 honored the requisition of the Governor of the State of **Florida** for the surrender of **MICHAEL PATRICK HALLE** alias' **MICHAEL SCHAENEMAN, MICHAEL SCHNENEMAN, THOMAS MIROLLI, MICHAEL BROWN, CHRISTOPHER M. SCHAENEMAN,** et. al. fugitive from the justice of said last-named State, and have issued a warrant for the fugitive's delivery to **Deputy Patricia Sauls** or designee, agent whose authority to receive said fugitive is annexed hereto.

IN WITNESS WHEREOF, I have hereunto signed my name and caused the GREAT SEAL of the Commonwealth to be affixed, at the Capitol, in Boston, this 15th day of April, 2005



_____
GOVERNOR OF MASSACHUSETTS

_____
SECRETARY OF THE COMMONWEALTH

20

*I,                                                                                      , named as a fugitive from justice in the within warrant, hereby certify that I have been duly notified by*
*an officer of the Department of State Police of the Executive Office of Public Safety, of the demand for my extradition and of the issuance of the within warrant, and that I do not desire to apply for a writ of*
*HABEAS CORPUS and waive the provisions of law which require that an opportunity for such application shall be afforded to me.*

20

*I,                                                                                , being the*
*duly authorized agent of the State of*
*        in the premises, hereby certify that*



*an officer of the Department of State Police of the Executive Office of Public Safety, has delivered to me, as such agent, and I have taken and received, a fugitive from the justice of said State.*