## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **MICHAEL P. HALLE,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-30084-MAP** |
| | ) | |
| **HAMPDEN COUNTY JAIL,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

### NOTICE OF APPEARANCE

Please take notice of the appearance of the undersigned as counsel for the Respondent,

the Hampden County Jail, in the matter listed above.

Respectfully submitted,

THOMAS F. REILLY
Attorney General


 /s/ Randall E. Ravitz
Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200, ext. 2852

Dated:  May 2, 2005

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on May 2, 2005, by first class mail, postage prepaid, upon:

Michael P. Halle
Hampden County Jail
629 Randall Road
Ludlow, MA  01056

pro se

 /s/ Randall E. Ravitz
Randall E. Ravitz