UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. HALLE, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>HAMPDEN COUNTY JAIL, )<br>)<br>Respondent. )<br>) | Civil Action No. 05-30084-MAP |

## RESPONDENT'S MOTION FOR AN ENLARGEMENT
## OF TIME IN WHICH TO RESPOND TO PETITION

The Respondent, the Hampden County Jail (the "Respondent"), hereby respectfully moves this Court to enlarge until June 6, 2005 the time in which it must answer or otherwise respond to the petition for a writ of habeas corpus (the "Petition") filed by Petitioner Michael P. Halle (the "Petitioner"). The Respondent's response is currently due on May 2, 2005. In support of this Motion, the Respondent states as follows:

1. The Petition includes serious allegations and references complex areas of law.

2. Counsel for the Respondent has not yet obtained those documents that may be available, if any, concerning the underlying circumstances and proceedings giving rise to the Petitioner's confinement, or concerning any prior efforts on his part to pursue state remedies. Affording counsel time to obtain and review such documents will allow counsel to respond to the Petition and satisfy this Court's April 7, 2005 Order most thoroughly and effectively.

3. No previous application for an enlargement of time to answer or otherwise respond to the Petition has been made to this Court.

2

4. Allowance of this Motion will enable counsel for the Respondent to be of greatest assistance to the Court and will not prejudice any party.

**WHEREFORE,** the Respondent requests that this Court enlarge the time in which it must answer or otherwise respond to the Petition until June 6, 2005.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

 /s/ Randall E. Ravitz
Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200, ext. 2852

Dated:  May 2, 2005


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on May 2, 2005, by first class mail, postage prepaid, upon:

Michael P. Halle
Hampden County Jail
629 Randall Road
Ludlow, MA  01056

pro se

 /s/ Randall E. Ravitz
Randall E. Ravitz

2