Michael P. Halle Pro Sé
629 Randall Rd.
Ludlow, Ma. 01056

United States District Court
District of Massachusetts
1550 Main Street
Spfld. Ma. 01103

Docket Number
CA 05-30084 MAP

Re; Court Order (April 7, 2005)
(Petition for Writ of Habeas Corpus)

Dear Sir/Madam,
  Pursuant to the above entitled, I, Michael P. Halle, petitioner, respectfully inquire, If there has been any further correspondence, response, or answer, In accordance to the Honorable Judge Michael A. Posners' Order, dated April 7, 2005. Furthermore, I respectfully request, to be informed of any recourse, or remedy in which I may be entitled to if respondent fails to file an answer pursuant to the attached order, in a timely manner.
                    Respectfully
                    Michael P. Halle

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL P. HALLE,
                Petitioner
v.
                                                       CA 05-30084-MAP
HAMMPDEN COUNTY JAIL,
                Respondent

ORDER

April 7, 2005

PONSOR, D.J.

    Pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to the respondent AND the Attorney General of the Commonwealth of Massachusetts, Attention: Cathryn A. Neaves, Assistant Attorney General, One Ashburton Place, Boston, MA 02108.

    It is further ordered that the Respondent shall, within 20 days of receipt of this Order, file an answer (or other proper responsive pleading) to the petition.

    The court further requests that the respondent, as part of the return, file such documents which reflect on the issue as to whether the petitioner has exhausted available state remedies with respect to the matters raised by the petition.

    It is so ordered.

                                    /s/ Michael A. Ponsor
                                  United States District Judge

# Certificate of Service

I Michael P. Halle, hereby certify that on May 4, 2005 I served a copy of the attached, Ex parte letter and Court Order. (Judge Michael A. Posner's Order for Respondent to Answer within 20 days dated April 7, 2005) by mailing copies, U.S. postage prepaid to the following:

Michael J. Ashe Jr.
Hampden County Sheriff
627 Randall Rd.
Ludlow, Ma. 01056-1089

Cathryn A. Neaves
Assistant Attorney General
One Ashburton Place
Boston, Ma. 02108

Michael P. Halle
629 Randall Rd.
Ludlow, Ma. 01056

*Michael P. Halle*
Michael P. Halle
Pro Se