UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. HALLE, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>HAMPDEN COUNTY JAIL, )<br>)<br>Respondent. )<br>) | Civil Action No. 05-30084-MAP |

### RESPONDENT'S MOTION TO DISMISS PETITION

The Respondent, the Hampden County Jail (the "Respondent"), hereby respectfully moves that the Habeas Corpus Petition (the "Petition") filed by Petitioner Michael P. Halle (the "Petitioner") be dismissed with prejudice in its entirety. The Petition is improper, because the Petitioner was not placed in custody pursuant to a state-court judgment, he has not alleged a fundamental defect resulting in a complete miscarriage of justice, he has failed to exhaust state remedies, and he names an improper party as respondent.

In further support of this Motion, the Respondent relies on and incorporates its Memorandum of Law and Appendix filed herewith.

WHEREFORE, the Respondent requests that this Honorable Court allow this Motion, dismiss the Petition with prejudice in its entirety, and grant such other relief as is just and proper under the circumstances.

        Respectfully submitted,

        THOMAS F. REILLY
        Attorney General


        /s/ Randall E. Ravitz
        Randall E. Ravitz (BBO # 643381)
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts  02108
        (617) 727-2200, ext. 2852

Dated:  June 6, 2005


## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served on June 6, 2005, by first class mail, postage prepaid, upon:

Michael P. Halle
c/o Hampden County Jail
629 Randall Road
Ludlow, MA  01056

Michael P. Halle
9663 South East 162 Place
Summerfield, FL  34491

Michael P. Halle
c/o Hernando County Sheriff's Office
18900 Cortez Bv.
Brooksville, FL  34601

pro se

        /s/ Randall E. Ravitz
        Randall E. Ravitz