UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MICHAEL P. HALLE,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-30084-MAP |
| ) | |
| **HAMPDEN COUNTY JAIL,** ) | |
| ) | |
| Respondent. ) | |

### RESPONDENT'S APPENDIX ACCOMPANYING ITS MOTION TO DISMISS PETITION

Pursuant to this Court's Order dated April 7, 2005, the Respondent, the Hampden County Jail (the "Respondent"), hereby files this Appendix containing documents relevant to the issue of whether Petitioner Michael P. Halle (the "Petitioner") previously exhausted available state remedies with respect to the matters raised by his Habeas Corpus Petition (the "Petition"). The offering of such documents should not be construed as implying that the Respondent considers the Petitioner to have exhausted state remedies. In fact, the Respondent takes a position to the contrary, as discussed in its Memorandum of Law in Support of Its Motion to Dismiss Petition.

Specifically, attached hereto as exhibits are true and accurate copies of the following:

EXHIBIT A.    Docket in connection with <u>Commonwealth v. Michael Halle</u>, Case No. HDCR2004-00046 in the Hampden County, Massachusetts, Superior Court ("Super. Ct. Docket");

EXHIBIT B.    Docket in connection with <u>Commonwealth v. Michael P. Halle</u>, Case No. 0543CR-000647 in the Palmer, Massachusetts, District Court ("Palmer Dist. Ct. Docket");

| | |
|---|---|
| <u>EXHIBIT C</u>. | Printout of search for "Halle" in the Massachusetts Appellate Courts Public Case Information database on June 3, 2005 ("Mass. Appellate Cts. Search Results"); |
| <u>EXHIBIT D</u>. | Hampden County Jail Inquiry computer printout dated June 4, 2005 ("Hampden County Jail Inquiry"); |
| <u>EXHIBIT E</u>. | Warrant for rendition of Michael Patrick Halle to the State of Florida executed by Massachusetts Governor Mitt Romney on April 15, 2005 ("Governor's Warrant"); and |
| <u>EXHIBIT F</u>. | Document purporting to be a "Petition for Writ of Habeas Corpus" to the Hampden County, Massachusetts, Superior Court, and accompanying materials ("State Habeas Pet."). |

Respectfully submitted,

THOMAS F. REILLY
Attorney General

 /s/ Randall E. Ravitz
Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200, ext. 2852

Dated:  June 6, 2005

2

**CERTIFICATE OF SERVICE**

     I hereby certify that a true copy of the above document was served on June 6, 2005, by first class mail, postage prepaid, upon:

Michael P. Halle
c/o Hampden County Jail
629 Randall Road
Ludlow, MA  01056

Michael P. Halle
9663 South East 162 Place
Summerfield, FL  34491

Michael P. Halle
c/o Hernando County Sheriff's Office
18900 Cortez Bv.
Brooksville, FL  34601

pro se

                                             /s/ Randall E. Ravitz
                                            Randall E. Ravitz

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.