UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **MICHAEL P. HALLE,** | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-30084-MAP |
| **HAMPDEN COUNTY JAIL,** | ) ) ) | |
| Respondent. | ) ) | |

**RESPONDENT'S NOTICE OF FILING WITH CLERK'S OFFICE
CONCERNING EXHIBITS TO ITS APPENDIX ACCOMPANYING ITS
MOTION TO DISMISS PETITION**

Notice is hereby given that the following Exhibits to the Respondent's Appendix Accompanying Its Motion to Dismiss Petition have been manually filed with the Court and are available in paper form only:

EXHIBIT A.   Docket in connection with Commonwealth v. Michael Halle, Case No. HDCR2004-00046 in the Hampden County, Massachusetts, Superior Court ("Super. Ct. Docket");

EXHIBIT B.   Docket in connection with Commonwealth v. Michael P. Halle, Case No. 0543CR-000647 in the Palmer, Massachusetts, District Court ("Palmer Dist. Ct. Docket");

EXHIBIT C.   Printout of search for "Halle" in the Massachusetts Appellate Courts Public Case Information database on June 3, 2005 ("Mass. Appellate Cts. Search Results");

| | |
|---|---|
| EXHIBIT D. | Hampden County Jail Inquiry computer printout dated June 4, 2005 ("Hampden County Jail Inquiry"); |
| EXHIBIT E. | Warrant for rendition of Michael Patrick Halle to the State of Florida executed by Massachusetts Governor Mitt Romney on April 15, 2005 ("Governor's Warrant"); and |
| EXHIBIT F. | Document purporting to be a "Petition for Writ of Habeas Corpus" to the Hampden County, Massachusetts, Superior Court, and accompanying materials ("State Habeas Pet."). |

The original documents are maintained in the case file in the Clerk's Office.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

 /s/ Randall E. Ravitz
Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200, ext. 2852

Dated:  June 6, 2005

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served on June 6, 2005, by first class mail, postage prepaid, upon:

Michael P. Halle
c/o Hampden County Jail
629 Randall Road
Ludlow, MA  01056

Michael P. Halle
9663 South East 162 Place
Summerfield, FL  34491

Michael P. Halle
c/o Hernando County Sheriff's Office
18900 Cortez Bv.
Brooksville, FL  34601

pro se

                                             /s/ Randall E. Ravitz
                                             Randall E. Ravitz