```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS


MICHAEL P. HALLE,              )
        Petitioner             )
                               )
            v.                 )   C.A. NO. 05-30084-MAP
                               )
HAMPDEN COUNTY JAIL,           )
        Respondent             )
```

### MEMORANDUM AND ORDER REGARDING REPORT AND RECOMMENDATION WITH REGARD TO RESPONDENT'S MOTION TO DISMISS
(Docket Nos. 13 & 18)

September 6, 2005

PONSOR, D.J.

The respondent in this matter has filed an unopposed Motion to Dismiss, and on August 4, 2005, Magistrate Judge Kenneth P. Neiman issued his Report and Recommendation, to the effect that the motion should be allowed. No objection to this Report and Recommendation has been filed by the petitioner in accordance with Rule 3(b) of the Rules for United States Magistrates in the United States District Court for the District of Massachusetts.

Moreover, Magistrate Judge Neiman's recommendation is clearly supported on the merits. The confinement at issue here did not result from any state court "judgment," as required by 28 U.S.C. § 2254(a).

The court has hesitated to rule on the Motion to Dismiss, because it appears that the petitioner may not have

received a copy of the motion.  Moreover, the petitioner's copy of the Report and Recommendation was not accepted by the facility where the petitioner was last housed, presumably because he is no longer there.[1]

Two things have persuaded the court to act upon the motion and Recommendation.  First, the ruling in respondent's favor appears to be obvious.  Second, the petitioner, even *pro se*, has an obligation to keep the court continuously informed of where he can be located.  Under the circumstances, it does not seem fair to permit this case to continue to dangle over the respondent's head merely because the petitioner cannot be reached.

For the forgoing reasons, the Report and Recommendation of Magistrate Judge Kenneth P. Neiman dated August 4, 2005, upon *de novo* review, is hereby ADOPTED.  The respondent's Motion to Dismiss  (Docket No. 13) is hereby ALLOWED and this case is ordered DISMISSED.  The case may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge

---

[1] The Recommendation was also sent to petitioner, care of the Hernando County Sheriff's office in Brooksville, Florida, but was returned as undeliverable.