# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

MICHAEL P. HALLE,

   Petitioner

      v.                      CIVIL ACTION NO. 3: 05-30084-MAP

HAMPDEN COUNTY JAIL,

   Respondent

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the respondent Hampden County Jail, the court having granted its motion to dismiss.

                                                          SARAH A. THORNTON,
                                                          CLERK OF COURT

Dated: September 6, 2005                By /s/ *Maurice G. Lindsay*
                                                    Maurice G. Lindsay
                                                    Deputy Clerk